UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TROY LEBEAU

    VS                                                CA2017-CV-329M-PAS

U.S. BANK, N.A. AS TRUSTEE FOR
CITIGROUP MORTGAGE LOAN TRUST
INC. 2006-NC2, ASSET-BACKED
PASS-THROUGH CERTIFICATES SERIES 2006-NC2,
WELLS FARGO BANK, N.A.

## MOTION FOR EXTENSION OF TIME

Plaintiff, by his attorney, moves this Court for an extension of time to October 19, 2018 to respond to Defendants Motion to Dismiss. Plaintiff needs additional time to respond.  The Plaintiff's attorney's two legal assistants are not in the office today, which will limit the Plaintiff's attorney in filing the response.  The Plaintiff seeks a 4 day final extension to respond to this Motion to Dismiss, which includes affidavits which raise factual questions and raises issues outside of  matters outside the pleadings, which render this Motion comparable to a Motion for Summary Judgment. The Plaintiff needs this additional time to complete his response.

                TROY LEBEAU

                By his Attorney

October 15, 2018

                /s/ John B. Ennis
                John B. Ennis, Esq. #2135
                1200 Reservoir Avenue
                Cranston, RI 02920
                401-943-9230
                Jbelaw75@gmail.com

## CERTIFICATION

I hereby certify that I emailed a copy of the above Motion for Extension of Time to the following electronically on this 15th day of October, 2018

Edward Mikolinski
David E. Fialkow, Esq.
K & L Gates, LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
David.fialkow@klgates.com

                /s/ John B. Ennis