UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALTAGRACIA CAMARENA

      **VS**                      **18-cv-132M**

 U.S. BANK NATIONAL ASSOCIATION AS TRUSTE
FOR MASTR ADJUSTABLE RATEE MORTGAGES
TRUST 2007-1 MORTGAGE PASS-THROUGH
 CERTIFICATES SERIES 2007-1, ALIAS
OCWEN LOAN SERVICING, LLC


### OBJECTION TO MOTION TO DISMISS

Plaintiff, by her attorney, moves to extend the time to respond to the

Motion to Dismiss to November 15, 2018. The Defendants agree to this

Motion.


                                      ALTAGRACIA CAMARENA
                                      By her Attorney


October 15, 2018                  /s/ John B. Ennis
                                     JOHN B. ENNIS, ESQ. #2135
                                     1200 Reservoir Avenue
                                     Cranston, Rhode Island 02920
                                     (401) 943-9230
                                     Jbelaw75@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that I emailed a copy of this Motion to Joseph Farside and Jeffrey Ankrom  on October 15, 2018.

/s/ John B. Ennis